E-FILED
Tuesday, 19 May, 2026  09:24:51 AM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

MARK S. HORN,
    Plaintiff,

v.

ELIZABETH M. WHITEHORN, in her individual and official capacities; BRYAN E. TRIBBLE, in his individual and official capacities; LORA KELLER, in her individual and official capacities; LISA CORLEY, in her individual and official capacities; MAKISHA POLLARD, in her individual and official capacities; CHAMPAIGN COUNTY, ILLINOIS; ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES; JOHN DOE SHERIFF'S DEPUTY, in his individual capacity; and JOHN/JANE DOES 1-10, in their individual and official capacities,
    Defendants.

Case No. 2:26-cv-02128-JEH-RLH

**Order**

The Plaintiff Mark S. Horn has filed an Amended Civil Rights Complaint for Violations of 42 U.S.C. § 1983, Declaratory and Injunctive Relief, Damages, and Accounting (D. 4) against Defendants Elizabeth M. Whitehorn, Bryan E. Tribble, Lora Keller, Lisa Corley, Makisha Pollard, Champaign County, Illinois, Illinois Department of Healthcare and Family Services, John Doe Sheriff's Deputy, and John/Jane Does 1-10 alleging various claims pursuant to 42 U.S.C. § 1983 as well as, in the alternative, Illinois

1

common law.[1]  Now before the Court is the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (D. 5).

The Plaintiff moves to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1).  He submitted an affidavit signed under penalty of perjury which sufficiently demonstrates that he is unable to pay the costs of the proceeding.  His Motion to Proceed IFP (D. 5) is therefore GRANTED.

IT IS ORDERED:

1)  The Clerk of the Court shall prepare for each Defendant (*except* the Doe Defendants):  a notice of lawsuit and request to waive service of a summons; two copies of the waiver of the service of summons, one of which is to be signed by the Defendants or their counsel and returned to the Court within sixty days; and a copy of the Amended Complaint and a copy of this Order.  These items shall be mailed to each of the Defendants at the address shown on the Certificate of Service attached to the Amended Complaint.

2)  This case is now in the process of service.  The Plaintiff is advised to wait until counsel has appeared for the Defendants before filing any motions so that the Defendants have notice and an opportunity to respond to those motions. Motions filed before defense counsel has filed an appearance will generally be denied as prematurely filed.

3)  The Plaintiff shall immediately notify the Court of any change in his mailing address or telephone number.  The Plaintiff's failure to notify the Court of any change in mailing address or telephone number will result in dismissal of this lawsuit with prejudice.

*It is so ordered.*

Entered on May 18, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE

---

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

2